ACCEPTED
01-15-00396-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/24/2015 4:55:29 PM
CHRISTOPHER PRINE
CLERK

4/24/2015 4:55:29 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5030842
By: CHRISTOPHER PRINE
Filed: 4/24/2015 4:55:29 PM

CAUSE NO. 2014-01360

| | | |
|---|---|---|
| SARAH T. HARRIS, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff/Counter-Defendant | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| | § | 4/29/2015 10:07:40 AM |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | CHRISTOPHER A. PRINE |
| | § | Clerk |
| JOHN W. HANKINS, | § | |
| | § | |
| Defendant/Counter-Plaintiff | § | 333ᴿᴰ JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 10:07:40 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Pursuant to TEX. R. APP. P. 25.1, John W. Hankins ("Hankins"), Defendant and Counter-Plaintiff in the above-numbered and styled cause, files this his Notice of Appeal to either the First or Fourteenth Court of Appeals in Houston, Texas. Defendant/Counter-Plaintiff Hankins desires to appeal from the Order Granting Final Summary Judgment rendered in favor of Plaintiff/Counter-Defendant Sarah T. Harris and against Defendant/Counter-Plaintiff Hankins by the 333ʳᵈ Judicial District Court of Harris County, Texas, on March 26, 2015.

This Notice is timely because it has been filed within thirty days of the date the judgment was signed. *See* TEX. R. APP. P. 26.1.

Dated: April 24, 2015.

Respectfully submitted,

WILSON, CRIBBS & GOREN, P.C.

By: */s/ Brian B. Kilpatrick*
Brian B. Kilpatrick, TBN 24074533
Email: bkilpatrick@wcglaw.net
H. Fred Cook, TBN 04732500
Email: hfcook@wcglaw.net
2500 Fannin Street
Houston, Texas 77002
Telephone (713) 222-9000
Facsimile (713) 229-8824

---

**DEFENDANT/COUNTER-PLAINTIFF'S NOTICE OF APPEAL**                                                        **1**

HUGHES ELLZEY, L.L.P.
Jarrett L. Ellzey, TBN 24040864
Email: jarrett@hughesellzey.com
W. Craft Hughes, TBN 24046123
Email: craft@hughesellzey.com
Galleria Tower I
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
Phone (713) 554-2377
Facsimile (888) 995-3335

***ATTORNEYS FOR JOHN W. HANKINS, DEFENDANT & COUNTER-PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2015, a true and correct copy of the foregoing document was served upon the following parties in accordance with Rule 21(a) of the TEXAS RULES OF CIVIL PROCEDURE:

*Via Efile*
Michael J. Mazzone
Mike Powell
Robert A. Carlton
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
Telephone (713) 547-2115
Telecopier (713) 236-5662
*Attorneys for Plaintiff/Counter-Defendant*

*Via Efile*
Hartley Hampton
Hampton & King
3 Riverway, Suite 910
Houston, TX 77056
*Attorney for Plaintiff/Counter-Defendant*

/s/ Brian B. Kilpatrick
Brian B. Kilpatrick